# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHNNY COVINGTON

VERSUS

CLARK SAND CO., INC.; CLEMCO
INDUSTRIES CORPORATION F/K/A CLEMCO
SERVICES CORP.; DEPENDABLE ABRASIVES,
INC.; E.D. BULLARD COMPANY; EMPIRE
ABRASIVE EQUIPMENT COMPANY, L.P.;
LEHIGH HANSON, INC. (A SUBSIDIARY OF
HEIDELBERGCEMENT GROUP) F/K/A HANSON
AGGREGATES, INC. F/K/A HANSON
AGGREGATES CENTRAL, INC. F/K/A
PIONEER SOUTH CENTRAL, INC. F/K/A
PIONEER CONCRETE OF TEXAS, INC.;
INGERSOLL-RAND CORPORATION; LEROI
COMPRESSOR A/K/A ROTARY COMPRESSION
TECHNOLOGIES; 3M COMPANY; RUEMELIN
MANUFACTURING CO., INC.; SANSTORM,
INC.; BOB SCHMIDT MANUFACTURING,
INC.; SOUTHERN SILICA OF LOUISIANA,
INC.; SPECIALTY SAND COMPANY; SULLAIR
COMPRESSOR CORPORATION; AND TXI
OPERATIONS, L.P.

NO.   2022 CW 1204

MARCH 6, 2023

---

In Re:   Empire Abrasive Equipment Company, L.P., applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 649436.

---

BEFORE:   WELCH, PENZATO, AND LANIER, JJ.

WRIT DENIED.

AHP
WIL

Welch, J., dissents and would issue a briefing schedule.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT